United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 17, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 04-40563
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GLAFIRO DE LA CRUZ,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:03-CR-1871-ALL
--------------------

Before KING, Chief Judge, and DeMOSS and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Appealing the Judgment in a Criminal Case, Glafiro De La
Cruz raises arguments that are foreclosed by United States v.
Slaughter, 238 F.3d 580, 582-84 (5th Cir. 2000), which held that
Apprendi v. New Jersey, 530 U.S. 466 (2000), did not render 21
U.S.C. § 841 unconstitutional on its face.  The Government's
motion for summary affirmance is GRANTED, and the judgment of the
district court is AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.